UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GANZ USA, LLC, | ) | Case No.: C 09-00302 PVT |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |
| v. | ) | |
| MARYANNE WONG, ET AL., | ) | |
| Defendants. | ) | |
| _____ | ) | |

On April 22, 2009, plaintiff and counter-defendant Ganz USA, LLC filed a motion to strike certain portions of defendants' answer and a motion to dismiss defendants' and counterclaimants' counterclaim.  This case has been assigned to a Magistrate Judge.  Before the court takes any action on the above-specified motions, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge.  Therefore,

IT IS HEREBY ORDERED that no later than May 15, 2009, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's

ORDER, *page 1*

1 | website at www.cand.uscourts.gov.

2 | Dated:   May 11, 2009

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge