| | |
|---|---|
| LISA I. CARTEEN, Bar No. 204764<br>BAKER & HOSTETLER LLP<br>12100 Wilshire Boulevard, 15th Floor<br>Los Angeles, California 90025-7120<br>Telephone: 310.820.8800<br>Facsimile: 310.820.8859<br>Email: LCarteen@bakerlaw.com<br><br>Attorneys for Plaintiff<br>Ganz U.S.A., LLC | BRUCE O. BAUMGARTNER<br>Bar No. 0025701 (Pro Hac Vice)<br>bbaumgartner@bakerlaw.com<br>ROBIN E. HARVEY<br>Bar No. 0014183 (Pro Hac Vice)<br>rharvey@bakerlaw.com<br>BAKER & HOSTETLER, LLP<br>312 Walnut Street, Suite 3200<br>Cincinnati, Ohio 45202-4072<br>Telephone: 513.929.3400<br>Facsmilie: 513-929.0303 |

MICHAEL D. LIBERTY, Bar No. 136088
LAW OFFICE OF MICHAEL D. LIBERTY
1290 Howard Avenue, Suite 303
Burlingame, California 94010
Telephone: 650.685.8085
Facsimile: 650.685.8086
Email: mdlaw@pacbell.net

Attorney for Defendants
Maryanne Wong, an Individual;
Maryanne Wong, dba Mary's Gifts & Collectibles
Dream World; and Maryanne Wong, dba Mary's Gifts
& Collectibles Dream World - Gift Shop,

*IT IS SO ORDERED*
*Judge James Ware*
2/17/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Ganz U.S.A., LLC,<br><br>        Plaintiff,<br><br>v.<br><br>Maryanne Wong, an Individual; Maryanne Wong, dba Mary's Gifts & Collectibles Dream World, an organization, business form unknown; Maryanne Wong, dba Mary's Gifts & Collectibles Dream World - Gift Shop, an organization, business form unknown; and DOES ONE through TEN,<br><br>        Defendants. | Case No. C 09-00302 JW (PVT)<br><br>**Entry of Dismissal With Prejudice**<br><br>Date: February 17, 2010<br>Judge: Hon. James Ware |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1  Pursuant to the stipulation of the parties, this matter is dismissed with prejudice subject to
2  the right of Plaintiff to re-open the matter for the entry of a Consent Judgment should Defendants
3  default in accordance with the terms of the Settlement Agreement. The Court terminates any remaining deadlines, hearings or motions.  The Clerk shall close this file.
4  Dated: February 17, 2010

_____
Hon. James Ware

502688686.2